**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2207**
_____

SHIRLEY A. JOHNSON,

　　　　　Plaintiff - Appellant,

　　v.

MIDLANDS TECHNICAL COLLEGE; RONALD RHAMES, in their
individual capacity; TIMOTHY MCLELLAN, in their individual
capacity,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., District
Judge. (3:08-cv-00803-JFA)

_____

Submitted: April 22, 2010　　　　　Decided: April 26, 2010

_____

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Shirley A. Johnson, Appellant Pro Se. Lake E. Summers, Charles
Franklin Thompson, Jr., MALONE, THOMPSON, SUMMERS & OTT,
Columbia, South Carolina; Henry Knight, Jr., CONSTANGY, BROOKS &
SMITH, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley A. Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying her employment discrimination and retaliation action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Midlands Technical Coll., No. 3:08-cv-00803-JFA (D.S.C. Sept. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED